IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hillegonds, Jason J | Case Number: 07 B 09344 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| Printed: 1/22/08 | | Filed: 5/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 5, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,188.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 3,188.00 |
| Totals: | 3,188.00 | 3,188.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | General Motors Acceptance Corp | Secured | 0.00 | 0.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 8,414.68 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 7,814.08 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 8,798.15 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 7,587.94 | 0.00 |
| 7. | John Ellsworth Law Offices | Priority | | No Claim Filed |
| 8. | Chase Home Finance | Unsecured | | No Claim Filed |
| | | | $ 32,614.85 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

